# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-10528
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

August 23, 2016

Lyle W. Cayce
Clerk

SOCORRO C. PASCUA,

> Plaintiff - Appellant,

v.

AMERICAN AIRLINES GROUP; US AIRWAYS; AMERICAN AIRLINES;
DEBORAH SIMMONS, Corporate Security; RHONDA ATOR, Senior
Specialist Employee Relations Divisions; LEIGH BOGGS, Accounts
Receivable Department; VERONICA BLAKELY, Manager
Investigation/Advice and Counsel Employee Relations; CHRIS ABBEY,

> Defendants - Appellees.

---

Appeal from the United States District Court
for the Northern District Court Texas
USDC No. 4:15-CV-186

---

Before PRADO, HAYNES, and HIGGINSON, Circuit Judges.

PER CURIAM:*

AFFIRMED. *See* Fifth Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.